# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; and AMERICAN ZURICH INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC.; MARK SCOTT; GRAY SCOTT; and DOES 1-50,<br><br>Defendants. | Case No. 2:10-CV-01957<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND DENYING REQUEST FOR SANCTIONS** |
|---|---|

The court having reviewed the application of Defendants for an extension of time to respond to the Complaint of Plaintiffs in the above-referenced matter, having also read and considered Plaintiffs' opposItion to the application, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the request for an extension of time to respond to the Complaint is granted to all Defendants and the answer, or other response, is now due on September 3, 2010.  Defendants' request for sanctions is denied.

DATED:   August 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE