UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; and AMERICAN ZURICH INSURANCE COMPANY,

        Plaintiffs,

v.

TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC.; MARK SCOTT; GRAY SCOTT; and DOES 1-50,

        Defendants.
_____/

NO. CIV. 2:10-1957 WBS KJM

ORDER

----oo0oo----

After considering the briefs and oral arguments of counsel, the court hereby denies plaintiffs' application for issuance of a writ of attachment without prejudice to it being renewed after limited discovery. Plaintiffs' motion for expedited discovery is also denied without prejudice to it being re-filed before the assigned magistrate judge pursuant to Local Rule 302(c)(1).

1      IT IS SO ORDERED.
2  DATED:  September 9, 2010

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE