1  KURT A. KAPPES – SBN 146384
kappesk@gtlaw.com
2  MARC B. KOENIGSBERG – SBN 204265
koenigsbergm@gtlaw.com
3  GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
4  Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
5  Facsimile:  (916) 448-1709

6  EVAN NADEL – SBN 213230
nadele@gtlaw.com
7  GREENBERG TRAURIG, LLP
153 Townsend St., 8th Floor
8  San Francisco, CA 94107
Telephone: (415) 655-1300
9  Facsimile: (415) 707-2010

10  Attorneys for Plaintiffs
Zurich American Insurance Company;
11  American Guarantee And Liability Insurance
Company; and American Zurich Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; and AMERICAN ZURICH INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC.; MARK SCOTT; GRAY SCOTT; and DOES 1-50,<br><br>        Defendants. | CASE NO.  2:10-CV-01957-WBS-KJM<br><br>**[PROPOSED]**<br><br>**ORDER ON STIPULATION TO PLAINTIFFS FILING A FIRST AMENDED COMPLAINT** |

1  On Friday, December 3, 2010, Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, and American Zurich Insurance Company's (collectively, "Plaintiffs") and Defendants Trans Cal Associates and Trans Cal Insurance Associates, Inc., Mark Scott, and Gray Scott filed a stipulation agreeing to Plaintiffs filing a First Amended Complaint, which was filed on the same day.  The parties further stipulated further that all defendants shall have until December 17, 2010 to file responses to the First Amended Complaint.

Accordingly, it is ordered that Plaintiffs' First Amended Complaint is deemed filed December 3, 2010, and it is further ordered that all defendants shall have until December 17, 2010 to file responses to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  December 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*SAC 441,877,706 v1 128240.010100*

- 1 -