J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
DAVID R. WIKSELL, State Bar #272490
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. MICHAEL HOPPER,
in his capacity as trustee of the bankruptcy
estate of defendant MARK SCOTT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AND AMERICAN ZURICH INSURANCE COMPANY<br><br>Plaintiffs<br><br>vs.<br><br>TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC.; SACRAMENTO SURPLUS LINES INSURANCE BROKERS, INC.; MARK SCOTT; GRAY SCOTT; and DOES 1-50,<br><br>Defendants. | Case No. 2:10-CV-01957-WBS-KJN<br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' ANSWER AND TRANS CAL'S CROSS COMPLAINT AND ENTER DEFAULT**<br><br>Date: August 1, 2011<br>Time: 2.00 p.m.<br>Place: Courtroom 5, 14th Floor<br>      501 "I" Street<br>      Sacramento, CA 95814<br>Judge: William B. Shubb |

J. MICHAEL HOPPER ("Trustee"), in his capacity as trustee of the bankruptcy estate of defendant MARK SCOTT ("M. Scott"), on the one hand, and plaintiffs ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AND AMERICAN ZURICH INSURANCE COMPANY (collectively "Zurich"), on the other hand, in support for their stipulation, recite that:

1

A.   WHEREAS, David F. Anderson and Hefner, Stark and Marois, former counsel for defendants TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC.; SACRAMENTO SURPLUS LINES INSURANCE BROKERS, INC.; M. Scott; and GRAY SCOTT ("G. Scott") (collectively "Defendants"), withdrew as counsel effective May 10, 2011.

B.   WHEREAS, on May 18, 2011, Zurich filed a motion to strike the Answer filed by defendants TRANS CAL ASSOCIATES; TRANS CAL INSURANCE ASSOCIATES, INC., and SACRAMENTO SURPLUS LINES INSURANCE BROKERS, INC. (collectively "Entity Defendants") to Zurich's First Amended Complaint and to strike TRANS CAL ASSOCIATES' Cross-Complaint, and requesting entry of default against the Entity Defendants, on the basis that the Entity Defendants do not have legal counsel, and therefore are unable to defend Zurich's complaint or prosecute a cross-complaint.

C.   WHEREAS, on June 21, 2011, M. Scott filed a voluntary Chapter 7 bankruptcy petition in the United State Bankruptcy Court, Eastern District of California, Sacramento Division, in Case No. 11-35381-D-7.

D.   WHEREAS, Trustee is the duly appointed trustee of M. Scott's bankruptcy estate.

E.   WHEREAS, on June 30, 2011, G. Scott filed a Chapter 13 bankruptcy petition in the United State Bankruptcy Court, Eastern District of California, Sacramento Division, in Case No. 11-36226-A-13.

F.   WHEREAS, on June 30, 2011, this Court issued an order requesting briefing from the non-bankrupt parties addressing the effect of the automatic stay provisions of 11 U.S.C. § 362 on further proceedings in this action and continuing the hearing on Zurich's motion to strike, set for July 5, 2011, to August 1, 2011 at 2:00 p.m.

G.   WHEREAS, Trustee is informed that M. Scott is an officer, director, and controlling shareholder in TRANS CAL INSURANCE ASSOCIATES, INC. and SACRAMENTO SURPLUS LINES INSURANCE BROKERS, INC., and that TRANS CAL INSURANCE ASSOCIATES, INC. and SACRAMENTO SURPLUS LINES INSURANCE BROKERS, INC. are the sole partners of TRANS CAL ASSOCIATES.

H.   WHEREAS, Trustee and Zurich are not aware of any legal counsel having been

2

retained on behalf of the Entity Defendants.

I. WHEREAS, Trustee has sought legal counsel to assist him in assessing the bankruptcy estate's interest in the above-captioned proceeding, and for that purpose, Trustee and Zurich have agreed to continue the hearing on Zurich's motion to strike.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Trustee and Zurich, as follows:

1. The hearing set for August 1, 2011 at 2:00 p.m., in Courtroom 5 in the above-captioned Court, on Zurich's motion to strike the Entity Defendants' Answer to Zurich's First Amended Complaint and TRANS CAL ASSOCIATES' Cross-Complaint and enter default, shall be continued to September 12, 2011, at 2:00 p.m. in Courtroom 5 of the above-captioned Court to allow Trustee an opportunity to assess the interest of the bankruptcy estate of M. Scott in the above-captioned proceeding.

**GREENBERG TRAURIG, LLP**

DATED: July 25, 2011    By: /s/ MARC B. KOENIGSBERG (as authorized on 7/25/11)
**MARC B. KOENIGSBERG**
ZURICH AMERICAN INSURANCE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; AND AMERICAN ZURICH INSURANCE COMPANY

**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

DATED: July 25, 2011    By: /s/ J. LUKE HENDRIX
Attorneys for J. MICHAEL HOPPER, in his capacity as trustee of the bankruptcy estate of MARK SCOTT

**IT IS SO ORDERED**.

DATED: **July 26, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE